

2005 SEP -8  A II: 18

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

William J. Carey

    v.                                    Case No. 05-fp-293

Manchester Police Department


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**


    Plaintiff's request to proceed <u>in forma pauperis</u> is hereby

granted, but only for the purpose of waiving the filing fee.

    This case has been assigned number 05-cv-293-$\overline{\mathcal{J}/.}$.

    **SO ORDERED.**


                   James E Muirhead
                   James R. Muirhead
                   United States Magistrate Judge


Date:   September 8, 2005

cc:   William J. Carey, pro se