UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>William J. Carey</u>

          v.                            Civil No. 05-cv-293-JD

<u>Manchester Police Department, et al.</u>


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 17, 2006.

SO ORDERED.


February 13, 2006                      <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                      Joseph A. DiClerico, Jr.
                                                        United States District Judge


cc:    William J. Carey, pro se
        Robert J. Meagher, Esq.